UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TITUS DECARIOS SMITH,<br><br>            Plaintiff,<br><br>     v.<br><br>PIERCE COUNTY JUDICIAL SYSTEM,<br><br>            Defendant. | CASE NO. 2:23-CV-5336-DGE-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: June 23, 2023 |

The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge David W. Christel. Plaintiff Titus Decarios Smith, proceeding *pro se*, filed a proposed complaint on April 13, 2023. Dkt. 1. Plaintiff did not pay the filing fee or seek leave to proceed *in forma pauperis* (IFP). On April 20, 2023, the Clerk of Court sent Plaintiff a letter directing him to either pay the filing fee or submit an application to proceed IFP. Dkt. 2. The Clerk enclosed an IFP form for Plaintiff's convenience. *Id*. In addition, the Clerk warned Plaintiff that if he did not provide the requested documents by May 22, 2023, this action could be subject to dismissal. *Id*.

1  Plaintiff has not paid the filing fee or filed an application to proceed IFP. Therefore, the
2  Court recommends this case be dismissed without prejudice.
3  Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
4  fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P.
5  6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*
6  review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those
7  objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v.*
8  *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit
9  imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on June
10 23, 2023, as noted in the caption.
11 Dated this 6th day of June, 2023.

David W. Christel
Chief United States Magistrate Judge