UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TITUS DECARIOS SMITH,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>PIERCE COUNTY JUDICIAL SYSTEM,<br><br>　　　　　　　Defendant. | CASE NO. 3:23-cv-05336-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed de novo the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

1. The Court ADOPTS the Report and Recommendation (Dkt. No. 3);
2. Plaintiff has not paid the filing fee or filed an application to proceed IFP; and
3. This case is DISMISSED without prejudice.
4. The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

Dated this 27th day of July 2023.

　　　　　　　　　　　　　　　　　David G. Estudillo
　　　　　　　　　　　　　　　　　United States District Judge